UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR A. AGUILAR, | ) | Case No. 5:21-cv-01895-JLS-JC |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| BRIAN CATES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: February 02, 2022

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE